

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00122-CR

Ignacio **SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-12-00129-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed with this court on February 24, 2020. The appellate record was completed on July 27, 2020. Appellant's brief was due on August 26, 2020. Appellant requested an extension of time to October 26, 2020 to file his brief, which was granted. As of the date of this order, Appellant has not filed a brief or subsequent motion for extension of time.

Accordingly, we ORDER Appellant's attorney to either file Appellant's brief or a motion to dismiss this appeal on or before **November 9, 2020**. If nothing is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against Appellant's counsel." TEX. R. APP. P. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court